**FILED**

MAY 0 4 2017


Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-7-H-SEH |
| Plaintiff, | |
| vs. | ORDER |
| JEFF ALLEN TRASK, CHASE RYAN STORLIE, HECTOR RICARDO GONZALEZ, and CHRISTIAN JESUS RUIZ, | |
| Defendants. | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the indictment is unsealed for the limited purposes of defendant Hector Ricardo Gonzalez' initial appearance scheduled for May 4, 2017, at 12:00 p.m. in the Eastern District of Washington.

DATED this **4th** day of May, 2017.

JEREMIAH C. LYNCH
United States Magistrate Judge

1