FILED

SEP 25 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-07-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| JEFF ALLEN TRASK, CHASE RYAN STORLIE, HECTOR RICARDO GONZALEZ, and CHRISTIAN JESUS RUIZ, | |
| Defendants. | |

Defendant **Hector Ricardo Gonzalez's** ("Gonzalez") Unopposed Motion to Continue Sentencing Hearing[1] is GRANTED. The hearing set for September 28, 2017, is VACATED and RESET for October 11, 2017, at 10:00 a.m.

The clerk is directed forthwith to notify counsel, the probation office and the United States Marshals Service of the entry of this Order.

DATED this 25th day of September, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 202.